**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE RUIZ,** | § | |
| Plaintiff, | § § § | |
| v. | § | **CAUSE NO. EP-23-CV-69-KC** |
| **GENERAL MOTORS, LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 14, filed on August 9, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 10th day of August, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE